WALTER COUSAR v. CITY OF NEWARK.

May 15, 1979.  Petition for certification denied.

PAUL ELISCHER v. CURTIS TURNER, INC.

May 15, 1979.  Petition for certification denied.

AUTOMATIC MERCHANDISING COUNCIL OF NEW JERSEY
v. SIDNEY GLASER.

May 15, 1979.  Petition for certification denied.  (See 166
*N.J.Super.* 411)

STATE OF NEW JERSEY v. WILLIAM NORTON.

May 15, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. BARBARA WILLIAMS.

May 15, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ANIBAL RODRIGUEZ.

May 15, 1979.  Petition for certification denied.